JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET RINGNALDA,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | Case No. CV 13-806-PSG (SP)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge, and the Report and Recommendation of United States Magistrate Judge.

Dated: February 26, 2014

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE